ANNA KOLB, Appellant, v. FRED LE VALLEY, and Others, Respondents.— Judgment unanimously affirmed, with costs.

GEORGE KELLOGG and LAUREN KELLOGG, Comprising the Firm of KELLOGGS & MILLER, Respondents, v. ANDERSON GRAIN COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. Woodward, J., not sitting.

In the Matter of the Probate of the Last Will and Testament of DELILA PARKER, Deceased. ORLEY HAZELTON, Executor, etc., Appellant; GEORGIA RUSSELL GUNN and Another, Respondents.— Decree unanimously affirmed, with costs to the respondents payable out of the estate.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of LOUIS TROMMER, Respondent, for Compensation under the Workmen's Compensation Law, v. McCLEARY, WALLIN & CROUSE, Employer, and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Judicial Settlement of the Account of JAMES A. PHELAN, as Executor, etc., of CORNELIUS O'BRIEN (Sometimes Known as CORNEILIOUS O'BRIEN), Deceased, Respondent. CORNELIUS J. BECHTOLD, Appellant; JULIA McDONNELL, Respondent.— Decree unanimously affirmed, with costs to the respondents payable out of the estate.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by MAX FRANKLIN, Respondent, v. PIERCE-ARROW MOTOR CAR COMPANY, Employer, and THE EMPLOYERS' MUTUAL INSURANCE COMPANY OF NEW YORK, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by BENJAMIN LORCHITSKY for Himself, Respondent, v. GOTHAM FOLDING BOX COMPANY, Employer, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of VINCENZO CARNELLA (Also Known as JAMES CANNELLA), Respondent, for Compensation under the Workmen's Compensation Law, v. JOHN J. ROBERTS COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award reversed on the ground that there is no evidence that the disabilities from the first accident continued during the second employment, and case remitted to the Commission for further proof. All concur.